# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IKON GLOBAL MARKETS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMODITY FUTURES TRADING COMMISSION,**<br><br>Defendant. | Civil Action 11-cv-52 (RC) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 15th day of May, 2012 hereby

**ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice.

                                                    Rudolph Contreras<br>
                                                    United States District Judge